UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
CHIRAG H. MANDAVIA, :
                            Plaintiff, :
:    12 Civ. 2188 (JPO)
          -against- :
:    ORDER
COLUMBIA UNIVERSITY et al., :
                         Defendants. :
:
------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

    Columbia University's request to file a motion for summary judgment at this time, limited to the issue of the validity of the release, is hereby GRANTED.

    Columbia's motion for summary judgment, as well as any exhibits filed in support of its motion, is due February 20, 2013. Mandavia's response, along with any exhibits filed in support of his opposition to the motion for summary judgment, is due April 12, 2013. Columbia's reply is due April 26, 2013. The parties are reminded that the Federal Rules of Civil Procedure do not permit any other filings, including memoranda "in further support" of prior filings.

    SO ORDERED.

Dated: New York, New York
       January 4, 2013

                                                J. PAUL OETKEN
                                           United States District Judge

COPIES MAILED TO
PRO SE PARTY ON JAN 0 7 2013